identical property and, therefore, does not pass under Section 10503-5, General Code.

The judgment is affirmed.

*Judgment affirmed.*

Hornbeck and Wiseman, JJ., concur.

The State, ex rel. Lee, *v.* Alvis, Warden.

(No. 4294—Decided July 5, 1949.)

*Mr. Robert Lee, in propria persona.*

*Mr. Herbert S. Duffy,* attorney general, and *Mr. Walter R. Hill,* for respondent.

By the Court. This is a proceeding in habeas corpus originating in this court.

Where the court which tried and sentenced a petitioner had jurisdiction of the person and of the offense charged and there is no showing of a denial of due process, the petitioner will not, in a habeas corpus proceeding, be discharged from custody. *State, ex rel. Conners,* v. *DeMuth, Supt.,* 96 Ohio St., 519, 528, 118 N. E., 98; 20 Ohio Jurisprudence, 425, Section 6.

*Petitioner remanded to custody.*

Miller, P. J., Hornbeck and Wiseman, JJ., concur.